Albert HOLLAND, Jr., Petitioner–
Appellant,

v.

State of FLORIDA, Respondent–
Appellee.

No. 07–13366.

United States Court of Appeals,
Eleventh Circuit.

Aug. 3, 2010.

Todd Gerald Scher (Court–Appointed), Miami Beach, FL, for Petitioner–Appellant.

Lisa–Marie Lerner, Leslie T. Campbell, West Palm Beach, FL, for Respondent–Appellee.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before EDMONDSON, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

The Supreme Court vacated our judgment in *Holland v. Florida,* 539 F.3d 1334 (11th Cir.2008), and remanded for further consideration. *Holland v. Florida,* — U.S. ——, 130 S.Ct. 2549, 177 L.Ed.2d 130 (2010). We therefore remand this case to the district court for fact finding and further proceedings—including, if it is necessary, an evidentiary hearing—consistent with the Supreme Court's instructions.

REMANDED.